BOYD H. WOOD COMPANY, Respondent, v. RAYMOND HORGAN, Appellant.—

(See *Kirshenbaum* v. *General Outdoor Adv. Co.*, 258 N. Y. 489.) Lazansky, P. J., Adel and Close, JJ., concur; Carswell and Johnston, JJ., dissent and vote to reverse the order of the Appellate Term and the judgment of the Municipal Court, and to dismiss the complaint on the ground that the waiver of section 230, Real Property Law, is contrary to public policy. [178 Misc. 385.]

## (December 31, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR BEARDEN, Appellant.—

No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.